# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY NEVAREZ JR., | Case No. CV 18-06558 PA (RAO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| SCOTT FRAUENHEIM, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 9, 2018

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE